No. 72–5252.  HOWARD *v.* ALLEN.  Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 72–5161.  SAFFIOTI *v.* UNITED STATES.  Appeal from C. A. 2d Cir. dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5294.  HILL ET AL. *v.* ILLINOIS.  Appeal from Sup. Ct. Ill. dismissed for want of jurisdiction.  Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 72–5026.  GAGLIE *v.* UNITED STATES.  C. A. 9th Cir.  Motion for leave to proceed *in forma pauperis* and certiorari granted.  Judgment vacated and case remanded for further consideration in light of position presently asserted by the Government.

No. A–294 (72–492).  FRIED *v.* UNITED STATES.  C. A. 2d Cir.  Application for continuance of bail and stay of mandate presented to MR. JUSTICE MARSHALL, and by him referred to the Court, denied.

No. A–349.  STONE ET AL. *v.* MAINE.  Sup. Jud. Ct. Maine.  Application for bail presented to MR. JUSTICE DOUGLAS, and by him referred to the Court, denied.

No. A–360 (72–730).  MARKLE ET AL. *v.* ABELE ET AL. D. C. Conn.  Application for stay presented to THE CHIEF JUSTICE, and by him referred to the Court, granted.  MR. JUSTICE DOUGLAS would deny the application.